[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  05-14675
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 10, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00149-CV-4

JAMES C. RIGDON,

Plaintiff-Appellees,

versus

THE STATE OF GEORGIA BOARD OF
REGENTS, et al.,

Defendants,

HANK FORD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

**(March 10, 2006)**

Before TJOFLAT, ANDERSON and BIRCH, Circuit Judges.

PER CURIAM:

In this action, James Rigdon claims that Henry Ford (and other individuals), acting under color of state law, unlawfully discriminated against him on account of his race with regard to certain conditions of his employment, and he seeks money damages under 42 U.S.C. § 1983. Ford, claiming that he is immune from suit under the doctrine of qualified immunity, moved the court for summary judgment. The court denied his motion in an order entered on July 25, 2005. He now appeals the court's ruling.

In its July 25 order, the court, considering the evidence in the light most favorable to Rigdon (as it was required to do), explained at length (at pages 20-25) why Ford is not entitled to qualified immunity. We find no error in the court's explanation and therefore affirm its ruling.

**AFFIRMED.**